[No. 22804-5-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. IKEIM CHACHAR VASTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03334-1, Salvatore F. Cozza, J., entered February 6, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22863-1-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRA DEWITT KINLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03028-8, Neal Q. Rielly, J., entered March 18, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22968-8-III. Division Three. March 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RICHARD RING, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00931-1, Evan E. Sperline, J., entered April 23, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22776-6-III. Division Three. March 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY J. FRANETICH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02478-8, Gregory D. Sypolt, J., entered February 5, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.